UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. FUTIA, JR.,

                Plaintiff,

-against-

JUDGE VINCENT BRICCETTI; MARK OSMOND; CHRISTOPHER J. INZERO; CHARLES H. SCHAEFER; DANIEL PADERNACHT,

                Defendants.

23-CV-6031 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 6, 2023
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge